**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS WARREN,

    Petitioner,

  v.

MIKE KNOWLES, Warden,

    Respondent.

No. C 06-07886 CRB

**ORDER OF TRANSFER**

Now pending before the Court is Thomas Warren's petition for writ of habeas corpus arising out of his conviction by jury trial in the Los Angeles Superior Court. As the petition challenges the lawfulness of Warren's conviction, this Court does not have venue of the petition. Northern District of California Habeas Corpus Local Rule 2254-3(a)(1). Accordingly, this action is TRANSFERRED to the United States District Court for the Central District of California. Habeas Corpus Local Rule 2254-3(b)(1).

**IT IS SO ORDERED.**

Dated: January 10, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7886\orderoftransfer.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28